**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

$05 - 11684$ **C.A. No.**

Dein MJ

**LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,**

**PLAINTIFF**

V.

**JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,**

**DEFENDANT**

RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DIS-**

**TRICT OF MASSACHUSETTS:**

Now comes the defendant, John W. Suydam, Individually, pur-

suant to the provisions of 28 U.S.C. sections 1441 and 1446, and

hereby files notice of the removal of this action from the Law-

rence Division of the District Court Department of the Trial

Court of the Commonwealth of Massachusetts, County of Essex,

where the above-captioned action is currently pending, based on

the following grounds:

1.   This is an action in which the plaintiff alleges that

the defendant, as the guarantor under a certain written contract

made by the plaintiff and defendant has breached that contract

of guaranty.

1

2.    The contract of guaranty between the plaintiff and de-
fendant was made collaterally with a (primary) contract between
the plaintiff and World Class Cleaning of L. I., Inc., a New
York Corporation with a usual place of business at 330 East Main
Street, Patchouge, New York 11772 ("World Class").   The defen-
dant is the principal stockholder of World Class.

3.    The defendant, as assignee of World Class's claims
against the plaintiff, has filed a counter-claim against the
plaintiff, seeking damages of approximately $95,000.00 as a re-
sult of the plaintiff's breach of the aforesaid primary contract
with World Class.

4.    The defendant, individually and as assignee of World
Class has claims against the plaintiff for breaches of the Fair
Debt Collection Practices Act, 15 U.S.C. sections 1692, et seq.;
that is, there are issues in this case involving violation of a
Federal Statute by the plaintiff which caused financial damages
to the defendant.

5.    The parties to this action are of diverse citizenship:
The plaintiff is a Massachusetts business corporation with a
usual place of business in Andover, Essex County, Commonwealth

2

of Massachusetts; the defendant is a resident of Patchogue, Suf-

folk County, State Of New York, and a citizen of that state.


6.    This removal is timely.

Signed pursuant to Rule 11 of the Federal Rules of Civil Proce-
dure.

                              John W. Suydam, d/b/a
                              World Class Auto
                              by his attorney,

                              *[signature]*

                              Domenic S. Terranova, Esq.
                              BBO #494740
                              2350 Turnpike Street
                              North Andover, MA 01845-6347
                              Tel. (978) 975-4540
                              FAX  (978) 975-4542


## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies
under the pains and penalties of perjury, that he served a copy
of the pleading or other paper to which this affidavit is at-
tached by delivering or mailing the same, postage prepaid to the
other parties, or their attorneys as set forth on the following
list:


**PARTY**                        **ATTORNEY & ADDRESS**

Lease and Rental Management      Glenn Boghosian, Esq.
Corp.                            Boghosian and Morris
                                 45 Haverhill Street
                                 Andover, MA 01810


Date of Mailing:    August 15, 2005
Date of Affidavit:  August 15, 2005

                              *[signature]*

                              Domenic S. Terranova, Esq.


3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

APPENDIX C  LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)___Lease and Management Corp._____
      v.   John Suydam

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL
   COVER SHEET.  (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,          Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.             for patent, trademark or copyright cases

   _X_  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

   ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)).  IF MORE THAN ONE PRIOR RELATED CASE
   HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   ___N/A___ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
   COURT?
                                                          YES  ☐      NO  ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
   PUBLIC INTEREST?   (SEE 28 USC §2403)
                                                          YES  ☐      NO  ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                          YES  ☐      NO  ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
   28 USC §2284?
                                                          YES  ☐      NO  ☒

7. DO ALL OF THE PARTIES  IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
   COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"),  RESIDING IN MASSACHUSETTS RESIDE IN THE
   SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                          YES  ☐      NO  ☒

        A.    IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

              EASTERN DIVISION  ☐       CENTRAL DIVISION  ☐       WESTERN DIVISION  ☐

        B.    IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
              GOVERNMENTAL AGENCIES,  RESIDING IN MASSACHUSETTS RESIDE?

              EASTERN DIVISION  ☒       CENTRAL DIVISION  ☐       WESTERN DIVISION  ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Domenic S. Terranova_____
ADDRESS ___2350 Turnpike Street, North Andover, MA 01845-6347_____
TELEPHONE NO. ___(978) 975-4540_____

(AppendixC.wpd  - 11/27/00)

JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Lease and Rental Management Corp.

**DEFENDANTS**

John Suydam

APPENDIX B   CIVIL COVER SHEET

**(b)** County of Residence of First Listed Plaintiff __Essex, MA__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed __Suffolk, NY__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Glenn Boghosian, Esq.
45 Haverhill Street
Andover, MA 01810     Tel: 978.475.4883

Attorneys (If Known)

Domenic S. Terranova, Esq.
2350 Turnpike Street
North Andover, MA 01845
Tel: 978.975.4540

## II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      (U.S. Government Not a Party)

☐ 2  U.S. Government
      Defendant

☒ 4  Diversity
      (Indicate Citizenship of Parties
      in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

|  | DEF |  | DEF |
|---|---|---|---|
| Citizen of This State  ☐ 1 | ☐ 1 | Incorporated *or* Principal Place  ☒ 4 | ☐ 4 |
|  |  | of Business In This State |  |
| Citizen of Another State  ☐ 2 | ☒ 2 | Incorporated *and* Principal Place  ☐ 5 | |
|  |  | of Business In Another State |  |
| Citizen or Subject of a  ☐ 3 | ☐ 3 | Foreign Nation      ☐ 6 | ☐ 6 |
| Foreign Country |  |  |  |

## IV. NATURE OF SUIT     (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| Student Loans | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| (Excl. Veterans) | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 190 Other Contract | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | Injury | | | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | **FEDERAL TAX SUITS** | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | or Defendant) | Determination Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS— Third Party | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      another district
      (specify)

☐ 6  Multidistrict
      Litigation

☐ 7  Appeal to
      District
      Judge from
      Magistrate
      Judgment

## VI. CAUSE OF ACTION     (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause.
Do not cite jurisdictional statutes unless diversity.)

Breach of written contracts; fair debt collection practices act - 15 U.S.C.§1692 et seq;
diversity under 28 U.S.C. § 1441 and 1446.

## VII. REQUESTED IN     ☐ CHECK IF THIS IS A CLASS ACTION
## COMPLAINT:          UNDER F.R.C.P. 23

DEMAND $ 95,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S)     (See
## IF ANY        N/A    instructions):

JUDGE _____     DOCKET NUMBER _____

DATE

August 15, 2005

SIGNATURE OF ATTORNEY OF RECORD

Domenic S. Terranova

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____