UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.

LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,
       PLAINTIFF

V.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,
       DEFENDANT

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, JOHN W. SUYDAM, d/b/a World Class Auto, in the above entitled case.

Dated: August 15, 2005

                            John W. Suydam, d/b/a
                            World Class Auto
                            by this attorney,

                            Domenic S. Terranova, Esq.
                            BBO #494740
                            2350 Turnpike Street
                            North Andover, MA 01845-6347
                            Tel. (978) 975-4540
                            FAX  (978) 975-4542

## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies under the pains and penalties of perjury, that he served a copy of the pleading or other paper to which this affidavit is attached by delivering or mailing the same, postage prepaid to the other parties, or their attorneys as set forth on the following list:

| **PARTY** | **ATTORNEY & ADDRESS** |
|---|---|
| Lease and Rental Management Corp. | Glenn Boghosian, Esq.<br>Boghosian and Morris<br>45 Haverhill Street<br>Andover, MA 01810 |

Date of Mailing:    August 15, 2005
Date of Affidavit:  August 15, 2005

*[signature]*
Domenic S. Terranova, Esq.