Case 1:05-cv-11684-NG   Document 3   Filed 08/18/2005   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AND RENTAL MANAGEMENT CORP. D/B/A AUTO-USE,<br>                        Plaintiff<br><br>v.<br><br>JOHN W. SUYDAM, D/B/A<br>WORLD CLASS AUTO,<br>                        Defendant | Case No. 05-11684NG |

## PLAINTIFF'S MOTION TO DISMISS

The plaintiff, Lease and Rental Management Corp., d/b/a Auto-Use, moves to dismiss this case because the Notice of Removal was improper and was not filed within thirty (30) days of service of process in the Small Claims Action against the defendant.

Annexed hereto is a copy of the Notice of Appearance of defendant's counsel, filed with the District Court of Lawrence on January 26, 2004 and the removal to this court was not until August 15, 2005, over eighteen (18) months.

                                              Respectfully submitted,

                                              LEASE AND RENTAL MANAGEMENT CORP.,
                                              d/b/a AUTO-USE, Plaintiff
                                              By its Attorney

                                              _____
                                              Evans J. Carter, Esq. (BBO # 076560)
                                              Evans J. Carter, P.C.
                                              P.O. Box 966*
                                              Framingham, MA  01701
                                              (508) 620-0140*

DATED:   August 18, 2005

*Prior to 8/29/05 only, then P.O. Box 812 / 508-875-1669

**Laws: Cases and Codes : U.S. Code : Title 28 : Section 1441**

[Search]  Title 28

- United States Code
  - TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE
    - PART IV - JURISDICTION AND VENUE
      - CHAPTER 89 - DISTRICT COURTS; REMOVAL OF CASES FROM STATE

*U.S. Code as of: 01/22/02*

**Section 1441. Actions removable generally**

Related Res

   (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.
   (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.
   (c) Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates.
   (d) Any civil action brought in a State court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending. Upon removal the action shall be tried by the court without jury. Where removal is based upon this subsection, the time limitations of section 1446(b) of this chapter may be enlarged at any time for cause shown.
   (e) The court to which such civil action is removed is not precluded from hearing and determining any claim in such civil action because the State court from which such civil action is removed did not have jurisdiction over that claim.

Judiciary Leg

Litigation Leg

U.S. Legal
    Summa

Judiciary Dis

**[Notes]**                                                    **Next**

Section 1441. Actions removable generally
Case 1:05-cv-11684-NG   Document 3   Filed 08/18/2005   Page 3 of 3
Page 1 of 1

Laws: Cases and Codes : U.S. Code : Title 28 : Section 1441

[Search]  Title 28

- United States Code
  - TITLE 28 - JUDICIARY AND JUDICIAL PROCEDURE
    - PART IV - JURISDICTION AND VENUE
      - CHAPTER 89 - DISTRICT COURTS; REMOVAL OF CASES FROM STATE

*U.S. Code as of: 01/22/02*

### Section 1441. Actions removable generally

Related Res

   (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending. For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.
   (b) Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties. Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.
   (c) Whenever a separate and independent claim or cause of action within the jurisdiction conferred by section 1331 of this title is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates.
   (d) Any civil action brought in a State court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending. Upon removal the action shall be tried by the court without jury. Where removal is based upon this subsection, the time limitations of section 1446(b) of this chapter may be enlarged at any time for cause shown.
   (e) The court to which such civil action is removed is not precluded from hearing and determining any claim in such civil action because the State court from which such civil action is removed did not have jurisdiction over that claim.

Judiciary Leg

Litigation Leg

U.S. Legal
   Summa

Judiciary Dis

**[Notes]**                                    **Next**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AND RENTAL MANAGEMENT CORP. D/B/A AUTO-USE,<br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>JOHN W. SUYDAM, D/B/A<br>WORLD CLASS AUTO,<br>　　　　　　　　　　　Defendant | Case No. 05-11684NG |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I certify that counsel for the plaintiff, Lease and Rental Management Corp., d/b/a Auto-Use, conferred by letter with counsel for the defendant and attempted, in good faith, to resolve or narrow the issues presented in plaintiff's Motion to Dismiss.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LEASE AND RENTAL MANAGEMENT CORP.,
　　　　　　　　　　　　　　　　d/b/a AUTO-USE, Plaintiff
　　　　　　　　　　　　　　　　By its Attorney

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Evans J. Carter, Esq. (BBO # 076560)
　　　　　　　　　　　　　　　　Evans J. Carter, P.C.
　　　　　　　　　　　　　　　　P.O. Box 966*
　　　　　　　　　　　　　　　　Framingham, MA 01701
　　　　　　　　　　　　　　　　(508) 620-0140*

DATED:   August 18, 2005

*Prior to 8/29/05 only, then P.O. Box 812 / 508-875-1669