UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11684-NG

LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,
    PLAINTIFF

V.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,
    DEFENDANT

### DEFENDANT'S MOTION TO ENLARGE TIME FOR FILING OPPOSITION MATERIALS TO PLAINTIFF'S MOTION TO REMAND AND OTHER RELIEF

Defendant John W. Suydam moves the Court to enlarge the time for filing his opposition materials to 5:00 PM on Monday September 12, 2005.

In support of this motion the Defendant's counsel says as follows:

1.  That his source of research materials on federal law is the law library at the Lawrence District Court at 2 Appleton Street, Lawrence, Massachusetts. This facility has an extensive collection of appropriate statutes, treatises and other publications.

2.  That library is open to the public on Saturdays from 10:00 AM to 3:00 PM.

1

3.  That facility was closed on Saturday August 27 when counsel went there to do his research during regular library hours.

4.  Counsel cannot make use of this facility because he expects to be engaged in a civil jury trial at the Newburyport District Court on August 30 and 31.

5.  The Lawrence law library will not be open between 4:30 PM Friday September 2, 2005 and 8:30 AM Tuesday September 6, 2005 because of the Labor Day Holiday.

6.  Defendant's counsel expects to complete the preparation of appropriate persuasive opposition materials on the weekend of September 10-11 and to file these materials at the courthouse by 5:00 PM September 12, 2005.

> John W. Suydam, d/b/a
> World Class Auto
> by this attorney,
>
> *[signature]*
> Domenic S. Terranova, Esq.
> BBO #494740
> 2350 Turnpike Street
> North Andover, MA 01845-6347
> Tel. (978) 975-4540
> FAX  (978) 975-4542

## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies under the pains and penalties of perjury, that he served a copy of the pleading or other paper to which this affidavit is attached by delivering or mailing the same, postage prepaid to the other parties, or their attorneys as set forth on the following list:

| PARTY | ATTORNEY & ADDRESS |
|---|---|
| Lease and Rental Management Corp. | Evans J. Carter, Esq.<br>Hargraves, Karb, Wilcox and Galvani<br>550 Cochituate Road<br>P.O. Box 966<br>Framingham, MA 01701-0966 |

Date of Mailing:    August 28, 2005
Date of Affidavit:  August 28, 2005

_____
Domenic S. Terranova, Esq.

3