UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AND RENTAL MANAGEMENT CORP. D/B/A AUTO-USE, <br><br> Plaintiff <br><br> v. <br><br> JOHN W. SUYDAM, D/B/A WORLD CLASS AUTO, <br><br> Defendant | Case No. 05-11684NG |

### MEMORANDUM FILED IN SUPPORT OF MOTION FOR SANCTIONS

Courts I the First circuit have repeatedly imposed sanctions against attorneys and parties for pursuing actions without an adequate factual or legal basis. See e.g., Ryan v. Clements, 901 F.2d 177 (1st Cir. 1990).

An example of a case that is similar to the case at bar, where a case was wrongfully removed is Ballard's Service Center, Inc. v. Transue, 865 F.2d 447 (1st Cir. 1989 (sanctions imposed upon plaintiff's attorney who attempted to remove action to federal court).

Respectfully submitted,

LEASE AND RENTAL MANAGEMENT CORP.,
d/b/a AUTO-USE, Plaintiff
By its Attorney

_____
Evans J. Carter, Esq. (BBO # 076560)
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701
(508) 875-1669

DATED: September 1, 2005

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2005, a true copy of the above document was served upon the attorney of record for the defendant by mailing same, postage prepaid, to Domenic S. Terranova, Esq., 2350 Turnpike Street, North Andover, MA 01845-6347.

_____
Evans J. Carter