UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AND RENTAL MANAGEMENT CORP., D/B/A AUTO-USE,<br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>JOHN W. SUYDAM, D/B/A<br>WORLD CLASS AUTO,<br>　　　　　　　　　　　Defendant | Case No. 05-11684NG |

**NOTICE OF CHANGE OF FIRM NAME AND**
**MAILING ADDRESS FOR PLAINTIFFS' COUNSEL**

Notice is herewith provided that effective as of September 1, 2005, Evans J. Carter, Esq., as counsel for the plaintiffs, has changed his firm name and mailing address to:

Evans J. Carter, PC
P.O. Box 812
Framingham, MA 01701
Telephone: (508) 875-1669
Telefax: (508) 875-1449

　　　　　　　　　　　LEASE AND RENTAL MANAGEMENT CORP.,
　　　　　　　　　　　D/B/A AUTO-USE, Plaintiff
　　　　　　　　　　　By its Attorney


　　　　　　　　　　　_____
　　　　　　　　　　　Evans J. Carter, Esq. (BBO. #076560)
　　　　　　　　　　　P.O. Box 812
　　　　　　　　　　　Framingham, MA 01701
　　　　　　　　　　　Telephone: (508) 875-1609
　　　　　　　　　　　Telefax: (508) 875-1449

DATED:   September 1, 2005

\\Evansmain\fdrive\CARTER\EJC\MOVE\NOTICE CHANGE OF ADDRESS\AUTO-USE SUYDAM.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2005, a true copy of the above document was served upon the attorney of record for the defendant by mailing same, postage prepaid, to Domenic S. Terranova, Esq., 2350 Turnpike Street, North Andover, MA 01845-6347.

_____
Evans J. Carter