UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11684-NG

LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,
    PLAINTIFF

V.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,
    DEFENDANT

## NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AND REQUEST FOR ORAL ARGUMENT

The Defendant, John Suydam, by his attorney hereby gives notice of his opposition to the Plaintiff's motion to dismiss this action and requests a hearing on that motion.

Defendant's opposition is in the form of a cross-motion for remand supported by the representations of counsel contained therein.

    John W. Suydam, d/b/a
    World Class Auto
    by this attorney,

    Domenic S. Terranova, Esq.
    BBO #494740
    2350 Turnpike Street
    North Andover, MA 01845-6347
    Tel. (978) 975-4540
    FAX  (978) 975-4542

1

## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies under the pains and penalties of perjury, that he served a copy of the pleading or other paper to which this affidavit is attached by delivering or mailing the same, postage prepaid to the other parties, or their attorneys as set forth on the following list:

| **PARTY** | **ATTORNEY & ADDRESS** |
|---|---|
| Lease and Rental Management Corp. | Glenn Boghosian, Esq.<br>Boghosian and Morris<br>45 Haverhill Street<br>Andover, MA 01810 |
|  | Evan J. Carter, Esq.,<br>P.O. Box 812<br>Framingham, MA 01701 |

Date of Mailing:    September 12, 2005
Date of Affidavit:  September 12, 2005

_Domenic S. Terranova_
Domenic S. Terranova, Esq.