UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No.05-11684-NG

LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,
    PLAINTIFF

V.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,
    DEFENDANT

### DEFENDANT'S NOTICE OF OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS And REQUEST FOR ORAL ARGUMENT

The Defendant, John Suydam, gives notice of his opposition to Plaintiff's Motion for Sanctions and requests oral argument.

Defendant's position is stated as follows:

1. His counsel believed in good faith that removal to the U.S. District Court was proper based on the amount of the defendant's counter-claim against the Plaintiff and the diversity of citizenship that exists between the parties.

2. Defendant's counsel has made a reasonable tender of payment to Plaintiff's State Court counsel, but that tender has been rejected. Plaintiff's counter-demand is excessive and unreasonable.

3. Defendant further relies on the materials he has submitted in opposition to Plaintiff's motion to dismiss this action.

                                  John W. Suydam, d/b/a
                                  World Class Auto
                                  by this attorney,

                                  Domenic S. Terranova, Esq.
                                  BBO #494740
                                  2350 Turnpike Street
                                  North Andover, MA 01845-6347
                                  Tel. (978) 975-4540
                                  FAX (978) 975-4542

## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies under the pains and penalties of perjury, that he served a copy of the pleading or other paper to which this affidavit is attached by delivering or mailing the same, postage prepaid to the other parties or their attorneys as set forth on the following list:

| PARTY | ATTORNEY & ADDRESS |
|---|---|
| Lease and Rental Management Corp. | Glenn Boghosian, Esq.<br>Boghosian and Morris<br>45 Haverhill Street<br>Andover, MA 01810 |
| | Evans J. Carter, Esq.,<br>Post Office Box 812<br>Framingham, MA 01701 |

Date of Mailing:    September 12, 2005
Date of Affidavit:  September 12, 2005

                                  Domenic S. Terranova, Esq.