UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-111684-NG

LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,
    PLAINTIFF

V.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,
    DEFENDANT

### DEFENDANT'S CROSS-MOTION TO REMAND THIS ACTION TO THE STATE COURT

The Defendant, John Suydam, moves this court to enter an order remanding this action to the state court from which it was removed.

As basis for this motion the Defendant represents as follows:

1. The Defendant, John Suydam, is the assignee of a counter-claim against the Plaintiff valued by him at about $100,000.00.

2. At the time this action was removed from the State court, Defendant's counsel genuinely believed that the basis for federal jurisdiction was party because of the Plaintiff's violations of the Find Debt Collection Practices Act (15 U.S.C. sections 1692, et seq.) and partly because of the amount of the damages which the Defendant alleged in the counter-claim.

3. Defendant's counsel genuinely believed that the amount of the counter-claim against the Plaintiff met the jurisdiction limit for an action to be removed to the Federal court system.

4. The Plaintiff is a citizen of Massachusetts, having been incorporated in that State with a principal office there as well.

5. The Defendant is an individual who at all time applicable to this action has resided in the State of New York. He is the holder of a claim against the Plaintiff that is owned by a corporation that has at all times applicable to this action been incorporated and solely based in the State of New York.

6. Defendant's counsel concluded that the parties to this action were diverse.

7. The federal statutes (28 USC 1441 and 1447) and the decisions made under those statutes require that in the event an action is improvidently removed to the U.S. District Court that it be **remanded** to the State Court.

John W. Suydam, d/b/a
World Class Auto
by this attorney,

_Domenic S. Terranova_
Domenic S. Terranova, Esq.
BBO #494740
2350 Turnpike Street
North Andover, MA 01845-6347
Tel. (978) 975-4540
FAX (978) 975-4542

2

## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies under the pains and penalties of perjury, that he served a copy of the pleading or other paper to which this affidavit is attached by delivering or mailing the same, postage prepaid to the other parties or their attorneys as set forth on the following list:

| **PARTY** | **ATTORNEY & ADDRESS** |
|---|---|
| Lease and Rental Management Corp. | Glenn Boghosian, Esq.<br>Boghosian and Morris<br>45 Haverhill Street<br>Andover, MA 01810 |
| | Evans J. Carter, Esq.,<br>P.O. box 812<br>Framingham, MA 01701 |

Date of Mailing:     September 12, 2005
Date of Affidavit:   September 12, 2005

_____
Domenic S. Terranova, Esq.