UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEASE AND RENTAL MANAGEMENT
CORP. D/B/A AUTO-USE,

Plaintiff

Case No. 05-11684NG

v.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,

Defendant

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION TO REMAND

The plaintiff opposes the defendant's cross-motion to remand this action to Lawrence District Court for the following reasons:

1.    The case, by defendant's counsel's acknowledgement, should never have been removed to this court.

2.    Therefore, since this court has no jurisdiction to hear this case, it is submitted that it should follow its generally accepted practice of dismissing cases over which this court has no jurisdiction.  Also, to do otherwise could prejudice the plaintiff, who has already lost a firm trial date.

3.    Additionally, the defendant has not complied with rule 7.1 covering this motion.

4.    Finally, all the defendant has to do is to dismiss this action since the plaintiff has not filed a responsive pleading and, in any event, the plaintiff will assent to such a dismissal and the defendant will not be prejudiced as he can file a complaint with the Lawrence District Court and the plaintiff can then remove it to Superior Court.  It is noteworthy that the plaintiff, without counsel, filed a small claims action and it was the defendant who caused this case to be transferred to the Lawrence District Court's regular civil docket by filing a meritless and

frivolous counterclaim. The defendant has intentionally deprived the plaintiff of a speedy trial that the small claims procedure establishes and he has, again in order to avoid a firm trial date, wrongfully removed this case. By his cross-motion to remand, the defendant is, in essence, requesting this court to approve his disingenuous and baseless actions.

Accordingly, the plaintiff requests that the defendant's cross-motion to remand be denied with prejudice.

Respectfully submitted,

LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO-USE, Plaintiff
By its Attorney

/s/ Evans J. Carter
Evans J. Carter (BBO # 076560)
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA 01701
(508) 875-1669

DATED:    September 16, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2005, a true copy of the above document was served upon the attorney of record for the defendant by mailing same, postage prepaid, to Domenic S. Terranova, Esq., 2350 Turnpike Street, North Andover, MA  01845-6347.

/s/ Evans J. Carter
Evans J. Carter