UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEASE AND RENTAL MANAGEMENT
CORP. D/B/A AUTO-USE,

Plaintiff

v.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,

Defendant

Case No. 05-11684NG

## AFFIDAVIT OF EVANS J. CARTER

I, Evans J. Carter, Esq., under oath and based on personal knowledge, depose and say as follows:

1.      I have been an attorney in Massachusetts continually since November 19, 1968.

2.      I specialize in commercial litigation, generally in cases involving banks and financial institutions.

3.      I am the former Chairman of the Commercial/Business Torts Litigation Section of the Association of Trial Lawyers of America.

4.      My billing rate for the calendar year 2005 is at $350 per hour.

5.      The annexed and incorporated Schedule of Work and Done and hours is true and correct and I believe and, therefore, aver that all of said work was reasonably required to be done.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 7th day of October, 2005.

_____
Evans J. Carter

## SCHEDULE OF WORK DONE

| Date | Description of Work | Hours |
|------|---------------------|-------|
| 08/16/05 | Meeting with Client in Andover; Review of file and remove to Federal Court; Obtaining docket sheet; Drafting and serving safe harbor letter to Attorney Terranova. | 3.50 |
| 08/18/05 | Drafting and filing Motion to Dismiss and for Sanctions; Copying statute and District Court pleading | 2.00 |
| 08/31/05 | Review of Attorney Terranova's Motion to Enlarge Time; Telephone Conference with client; Drafting and filing Memorandum; and Rescheduling and finding case in the First Circuit on point. | 2.25 |
| 09/16/05 | Review of Defendant's Cross Motion to Remand; and Drafting and Filing Opposition to the Motion. | 1.25 |
| 10/07/05 | Review of court's order of 10/06/05 and drafting Affidavit and form Order. | 1.50 |
| | **Total Hours** | **11.00** |

**11 Hrs. @ $350/Hr. = $3,850**

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, , 2005, a true copy of the Affidavit of Evans J. Carter, Esq. And of the form Order for Monetary Sanctions and remand was served upon the attorney of record for the defendant by mailing same, postage prepaid, to Domenic S. Terranova, Esq., 2350 Turnpike Street, North Andover, MA  01845-6347.

Evans J. Carter, Esq. (BBO # 076560)
Evans J. Carter, P.C.
Attorney for Plaintiff
P.O. Box 812
Framingham, MA  01701
(508) 875-1669

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEASE AND RENTAL MANAGEMENT
CORP. D/B/A AUTO-USE,

                   Plaintiff

v.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,

                   Defendant

Case No. 05-11684NG

## ORDER FOR MONETARY SANCTIONS AND REMAND

This action came on for hearing on the Plaintiff's MotionS to Dismiss and for Sanctions and the Defendant's Motion to Remand.

IT IS ORDERED AND ADJUDGED as follows:

This case shall be remanded to the Lawrence Division of the District Court Department of the Massachusetts State Trial Court upon the payment of costs by the defendant to the plaintiff's counsel in an amount of $3,850.00 (pursuant to an Affidavit filed by Evans J. Carter, Esq.) as there was no legal basis for the defendant's removal to the court in order to avoid a firm trial date and well after the time to remove had expired.

_____

Nancy Gertner, U.S. District Court Judge

DATED:    October    , 2005