UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11684-NG

**LEASE AND RENTAL MANAGEMENT CORP.
D/B/A AUTO LOAN,**
       **PLAINTIFF**

V.

**JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,**
       **DEFENDANT**

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S DEMAND FOR COUNSEL FEES

The Defendant, John Suydam, opposes the demand for counsel fees made by plaintiff's attorney in this action.

Defendant suggests that the standards applicable to the award of counsel fees adopted by the Supreme Judicial Court of Massachusetts be applied in this instance, to wit:

> "The judge should consider the nature of the case and the issues presented, the time and labor required, the amount of damages involved, the results obtained, the experience, reputation and ability of the attorney, the usual price charged for similar services by other attorneys in the same area, and the amount of awards in similar cases." **Homsi v. C. H. Babb, Inc., 10 Mass App 474, 481, 409 NE2d 219, 225 (1980)** ("'the standard of reasonableness depends not on what the attorney usually charges, but rather, on what his services were objectively worth'").

Defendant suggests to the Court that foregoing standard is a reasonable one that should be applied to this case.

1

A review of the docket entries in this action suggests that the matter was short-lived in this court and that counsel for the defendant acted promptly to correct any error made in the interpretation of federal case law applicable to the defendant's position and actions taken.

Likewise, there was not an excessive amount of judicial effort required to resolve the jurisdictional dispute that arose.

The disagreement in the action arose because defendant's counsel genuinely believed that the amount of the counter-claim against the Plaintiff met the jurisdiction limit for an action to be removed to the Federal court system.

Defendant's counsel suggests that a reasonable award to defray the plaintiff's expenses might be in the range or $500.00 to $750.00. The standard should be restitution and retribution.

        Respectfully submitted,
        John W. Suydam, d/b/a
        World Class Auto
        by this attorney,

        Domenic S. Terranova, Esq.
        BBO #494740
        2350 Turnpike Street
        North Andover, MA 01845-6347
        Tel. (978) 975-4540
        FAX (978) 975-4542

## AFFIDAVIT OF SERVICE

The undersigned as attorney for the defendant hereby certifies under the pains and penalties of perjury, that he served a copy of the pleading or other paper to which this affidavit is attached by delivering or mailing the same, postage prepaid to the other parties or their attorneys as set forth on the following list:

| PARTY | ATTORNEY & ADDRESS |
|---|---|
| Lease and Rental Management Corp. | Glenn Boghosian, Esq.<br>Boghosian and Morris<br>45 Haverhill Street<br>Andover, MA 01810 |
|  | Evans J. Carter, Esq.,<br>P.O. box 812<br>Framingham, MA 01701 |

Date of Mailing:     October 25, 2005
Date of Affidavit:   October 25, 2005

_____
Domenic S. Terranova, Esq.