UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AND RENTAL MANAGEMENT CORP. D/B/A AUTO-USE,<br>                                     Plaintiff<br><br>v.<br><br>JOHN W. SUYDAM, D/B/A WORLD CLASS AUTO,<br>                                     Defendant | Case No. 05-11684NG |

## **MEMORANDUM FILED IN SUPPORT OF MOTION FOR SANCTIONS**

In lieu of additional legal fees incurred to bring this motion, the plaintiff requests that the defendant's counterclaim be dismissed, with prejudice, and that the Complaint then be remanded to the District Court of Lawrence. The plaintiff also requests that the defendant be held in contempt if it fails to pay the $3,850 ordered by the court in October, 2005.

## LAW

It is submitted that the defendant's actions (or lack of action) is demonstrably egregious and willful disobedience, bad faith, prejudice, protracted inaction and intentional delay all warrant the entry of dismissal of the defendant's counterclaims.

Tores-Vargas vL Pareirs, 1st Cir., Docket No. 05-1302, decided 12/19/05. Ganapolsky v. Keltron, 823 F.2d 700 (1st Cir. 1987 (violation of order compelling more detailed answers to interrogatories warrants dismissal especially since party was warned to fully comply with order); Morgan v. Massachusetts General Hosp., 712 F.Supp. 242, 263 (D. Mass. 1989) (wolf, D.J.) (discussing appropriateness of severe sanctions for violating discovery orders); Pereira v. Narragansett Fishing Corp., 135 F.R.D. 24, 26 (D. Mass. 1991) ("the court's time and effort in issuing orders to compel are completely wasted if counsel feel free to disregard them"); Odie v. General Motors Corp., 131 F.R.D. 365, 366 (D. Mass. 1990 ("Counsel's actions had the effect of

requiring the defendant to take actions, i.e., filing of a motion for protective order and a motion for protective order and a motion for sanctions," neither of which would have been necessary had plaintiffs attorney obeyed the Court's orders).

                Respectfully submitted,

                LEASE AND RENTAL MANAGEMENT CORP.,
                d/b/a AUTO-USE, Plaintiff
                By its Attorney

                _____
                Evans J. Carter, sq. (BBO # 076560)
                Evans J. Carter, P.C.
                P.O. Box 812
                Framingham, MA 01701
                (508) 875-1669

DATED: January 3, 2006

## CERTIFICATE OF SERVICE

     I hereby certify that on this 3rd day of January, 2006, a true copy of the above document was served upon the attorney of record for the defendant by mailing same, postage prepaid, to Domenic S. Terranova, Esq., 2350 Turnpike Street, North Andover, MA 01845-6347.

_____
Evans J. Carter