UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEASE AND RENTAL MANAGEMENT
CORP. D/B/A AUTO-USE,

                    Plaintiff

v.

JOHN W. SUYDAM, D/B/A
WORLD CLASS AUTO,

                    Defendant

Case No. 05-11684NG

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Evans J. Carter, under oath and based on personal knowledge, states that I have attempted to confer with the defendant's counsel in good faith to resolve this matter and he advised that I would have a check for $3,850 by December 27, 2005 but no check has been received by me to date.

Signed under the pains and penalties of perjury, this 3rd day of January, 2005.

Respectfully submitted,

LEASE AND RENTAL MANAGEMENT  CORP.,
d/b/a AUTO-USE, Plaintiff
By its Attorney

_____

Evans J. Carter, Esq. (BBO # 076560)
Evans J. Carter, P.C.
P.O. Box 812
Framingham, MA  01701
(508) 875-1669

DATED:  January 3, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2006, a true copy of the above document was served upon the attorney of record for the defendant by mailing same, postage prepaid, to Domenic S. Terranova, Esq., 2350 Turnpike Street, North Andover, MA 01845-6347.

_____
Evans J. Carter